JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DELERY, | Case No. CV 11-10507-SVW (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MIKE McDONALD, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: February 2, 2015

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE